**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BLACKBERRY CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 3:12-cv-01652-M<br>)<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT BLACKBERRY CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.4, Defendant BlackBerry Corporation by and through its counsel, hereby certifies that:

BlackBerry Corporation is a wholly-owned subsidiary of BlackBerry Limited. BlackBerry Limited is the only publicly-held corporation that owns 10% or more of BlackBerry Corporation.

Pursuant to Local Rule 7.4, RIM certifies that the following persons or entities are financially interested in the outcome of this case:

　　1. BlackBerry Corporation;

　　2. BlackBerry Limited; and

　　3. Mobile Telecommunications Technologies, LLC

Dated: July 19, 2013 Respectfully submitted,

By: /s/ Kurt M. Pankratz
Kurt M. Pankratz, Lead Attorney
  Texas Bar No. 24013291
  kurt.pankratz@bakerbotts.com
Russell J. Crain
  Texas Bar No. 24045717
  russ.crain@bakerbotts.com
Johnson K. Kuncheria
  Texas Bar No. 24070092
  johnson.kuncheria@bakerbotts.com
Charles Y. Yeh
  Texas Bar No. 24075319
  charles.yeh@bakerbotts.com

**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone:  (214) 953-6584
Facsimile:  (214) 661-4584

*Attorneys for Defendant and Counterclaimant*
*BlackBerry Corporation*

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of July, 2013, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all counsel of record.

/s/ Kurt M. Pankratz

AMENDED CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT BLACKBERRY CORPORATION