# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLACKBERRY CORPORATION,<br><br>Defendant. | Civil Action No. 3:12-cv-01652-M<br><br>**JURY TRIAL DEMANDED** |

## APPENDIX IN SUPPORT OF DEFENDANT'S NOTICE OF CHANGE OF NAME OF PARTY AND REQUEST TO MODIFY THE CAPTION

Defendant BlackBerry Corporation submits this Appendix in support of its Motion to modify the Caption in light of the Defendant's Change of Name of Party and Request to Modify the Caption filed on July 19, 2013. *See* Dkt. No. 77.

| Exhibit | Description |
|---|---|
| A | Certificate of Conference |

Dated: July 23, 2013

Respectfully submitted,

By: */s/ Kurt M. Pankratz*
Kurt M. Pankratz, Lead Attorney
  Texas Bar No. 24013291
  kurt.pankratz@bakerbotts.com
Russell J. Crain
  Texas Bar No. 24045717
  russ.crain@bakerbotts.com
Johnson K. Kuncheria
  Texas Bar No. 24070092
  johnson.kuncheria@bakerbotts.com
Charles Y. Yeh
  Texas Bar No. 24075319
  charles.yeh@bakerbotts.com

**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone:  (214) 953-6584
Facsimile:  (214) 661-4584

*Attorneys for Defendant and Counterclaimant Blackberry Corporation f/k/a Research In Motion Corporation*

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of July, 2013, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all counsel of record.

*/s/ Kurt M. Pankratz*

**EXHIBIT A**

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BLACKBERRY CORPORATION,  )<br>)<br>Defendant.  )<br>)<br>) | Civil Action No. 3:12-cv-01652-M<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF CONFERENCE

I hereby certify that under Local Rule 7.1, on July 23, 2013, Defendant BlackBerry Corporation's counsel Johnson Kuncheria conferred with Plaintiff Mobile Telecommunications Technologies, LLC's counsel Craig Jepson regarding the relief requested by the Motion to Modify the Caption in light of Defendant's Notice of Change of Name of Party and Request to Modify the Caption filed on July 19, 2013.  *See* Dkt. No. 77.  Mr. Jepson indicated that Plaintiff does not oppose the relief sought therein.  Accordingly, the motion is unopposed.

*/s/ Johnson Kuncheria*