IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:12-cv-1652-M |
| v. | § § | |
| BLACKBERRY CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice [ECF No. 563]. The Motion is **GRANTED**. All claims asserted in this case are dismissed with prejudice. Each party is to bear its own costs of court.

**SO ORDERED**.

April 2, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**